# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

VS                                                    CASE NO.  3:06cr45/MCR

MARVIN WILLIAMS, JR.

## REFERRAL AND ORDER

Referred to Judge M. Casey Rodgers on ___July 6, 2006_____

Motion/Pleadings:__MOTION TO DISMISS INDICTMENT_____

Filed by _Govt_____ on _6/28/2006_____ Doc.# _12_____

RESPONSES:

_____ on_____ Doc.#_____

_____ on_____ Doc.#_____

_____ Stipulated    _____ Joint Pldg.

_____ Unopposed    _____ Consented

                              WILLIAM M. McCOOL, CLERK OF COURT

_____                     s/ *Susan Simms*_____
LC (1 OR 2)                    Deputy Clerk

## *ORDER*

   *Upon consideration of the foregoing, it is ORDERED this 6th day of July, 2006, that:*

   *The relief requested is GRANTED.  The U.S. Marshal shall release Defendant to the custody of the State of Florida pursuant to this order.*

                    s/ *M. Casey Rodgers*_____

                         **M. CASEY RODGERS**
                    **United States District Judge**

Entered On Docket: _____ By: ____
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____

_____
_____

                    Document No.